UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAKISHA REED, INDIVIDUALLY, AND ON BEHALF OF HER MINOR DAUGHTER A'SHYRI REED | CIVIL ACTION |
| VERSUS | NO. 19-130-SDD-RLB |
| THE EAST BATON ROUGE PARISH SHERIFF'S DEPARTMENT AND SPECIFIC DEPUTIES, ET AL. | |

## ORDER

Before the Court is Defendant Sheriff Sid J. Gautreaux's Motion to Stay Discovery (R. Doc. 11). The deadline for filing an opposition has expired. LR 7(f). Accordingly, the instant motion is unopposed.

Sheriff Gautreaux seek a stay of discovery pending the district judge's ruling of Sherriff Gautreaux's Motion to Dismiss (R. Doc. 7), which raises the issue of qualified immunity. After the filing of this motion, the Court cancelled its scheduling conference and ordered the parties to contact the undersigned, if necessary, once the pending Motions to Dismiss (R. Docs. 7, 9, and 10) are resolved. Based on the foregoing, the Court finds good cause to stay discovery until resolution of all pending Motions to Dismiss. *See Lion Boulos v. Wilson*, 834 F.2d 504, 507 (5th Cir. 1987); Fed. R. Civ. P 26(c).

**IT IS ORDERED** that Defendant Sheriff Sid J. Gautreaux's Motion to Stay Discovery (R. Doc. 11) is **GRANTED**, and discovery is **STAYED** until resolution of the pending Motions to Dismiss (R. Docs. 7, 9, and 10). Counsel shall contact the undersigned's chambers upon receipt of such rulings.

Signed in Baton Rouge, Louisiana, on May 10, 2019.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE