## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**LAKISHA REED, INDIVIDUALLY,**  **CIVIL ACTION**
**AND ON BEHALF OF HER MINOR**
**DAUGHTER A'SHYRI REED**  **NO. 19-130-SDD-RLB**

**VERSUS**

**THE EAST BATON ROUGE PARISH**
**SHERIFF'S DEPARTMENT AND SPECIFIC**
**DEPUTIES, ET AL.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on February 28, 2020.

    **RICHARD L. BOURGEOIS, JR.**
    **UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAKISHA REED, INDIVIDUALLY, AND ON BEHALF OF HER MINOR DAUGHTER A'SHYRI REED** | **CIVIL ACTION**<br><br>**NO. 19-130-SDD-RLB** |

**VERSUS**

**THE EAST BATON ROUGE PARISH SHERIFF'S DEPARTMENT AND SPECIFIC DEPUTIES, ET AL.**

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATON

This Report and Recommendation is issued *sua sponte*. On a February 28, 2020 conference call, the Court informed the parties that although the named parties have either been dismissed or remanded to state court (R. Docs. 34 and 35), the undersigned has been informed by the clerk's office that certain unidentified defendants were not included in the district judge's orders. Plaintiff's counsel advised that there was nothing left to do in this federal proceeding[1] and had no objection to dismissing any unidentified defendants from this federal matter. The Court advised that these unidentified defendants could simply be dismissed for failure to serve. All counsel agreed.

The state court petition in this matter was removed to federal court on February 27, 2019. (R. Doc. 1). The petition names as defendants, among others, certain (1) individual deputies, (2) employees of the Parish of East Baton Rouge, (3) employees of OLOL Regional Medical Center, and (4) insurers of these defendants, all of whose identities are not known. (R. Doc. 1-2).

A review of the record reflects that these unidentified defendants were never specifically named or identified in any amended pleading, and as of the date of this report and recommendation, no has service been made on any such individuals. Rule 4(m) of the Federal

---

[1] Certain claims were remanded and are pending in state court.

Rules of Civil Procedure provides that if a defendant is not served within 90 days after the complaint is filed, the court "on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Based on the posture of this case, the undersigned recommends that any unidentified defendants be dismissed in accordance with Rule 4(m). This report will serve as the required notice. The district judge is hereby notified that all parties agree with this course of action.

## **RECOMMENDATION**

It is the recommendation of the Magistrate Judge that the plaintiff's claims against remaining unnamed defendants be dismissed without prejudice and that this matter be closed.

Signed in Baton Rouge, Louisiana, on February 28, 2020.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**