# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

REED                                                        CIVIL ACTION

VERSUS                                                      19-130-SDD-RLB

GAUTREAUX, ET AL.

## RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Notice of Removal*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated February 28, 2020, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims against remaining unnamed defendants are hereby dismissed without prejudice and this matter is hereby closed.

Signed in Baton Rouge, Louisiana on July 22, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 38.